UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENEAKE TORRES, | : |
| Plaintiff, | : |
| v. | : No. 5:17-cv-01890 |
| COUNTY OF BERKS, | : |
| Defendant. | : |

# **O R D E R**

**AND NOW**, this 26th day of January, 2018, upon consideration of Defendant's Motion for Summary Judgment, ECF No. 30, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that:

1. Defendant's Motion, ECF No. 30, is **GRANTED**;
2. Judgment is **ENTERED** in favor of Defendant and against Plaintiff on all claims;
3. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge